MELISSA HOLYOAK, United States Attorney (#9832)
SACHI J. JEPSON, Assistant United States Attorney (#17077)
TODD C. BOUTON, Assistant United States Attorney (#17800)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682; Email: sachiko.jepson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLISON SHEA FERDON,<br><br>Defendant. | MISDEMEANOR INFORMATION<br><br>COUNTS 1-8: 18 U.S.C. § 113(a)(5), Simple Assault of a Victim Under 16 Years of Age |

The United States Attorney charges:

**COUNTS 1-8**
18 U.S.C. § 113(a)(5)
(Simple Assault of a Victim Under 16 Years of Age)

On or about the dates below, in the District of Utah,

**ALLISON SHEA FERNDON**,

defendant herein, while at the Hill Airforce Base, and within the territorial jurisdiction of the United States, did assault the victims below by intentionally

and knowingly touching the victims' bodies in a harmful or offensive manner, without justification or excuse:

| Count | Date of Assault | Victim |
|---|---|---|
| 1 | 2/16/2023 | AF1 |
| 2 | 1/10/2023 | AF2 |
| 3 | 2/7/2023 | AF2 |
| 4 | 1/31/2023 | AF3 |
| 5 | 1/5/2023 | AF4 |
| 6 | 1/10/2023 | AF4 |
| 7 | 2/7/2023 | AF5 |
| 8 | 2/7/2023 | AF6 |

which victims had not attained the age of 16 years; and all in violation of, and punishable under, 18 U.S.C. § 113(a)(5).

MELISSA HOLYOAK
United States Attorney

*/s/ Sachiko Jepson*
SACHIKO J. JEPSON
Assistant United States Attorney

TODD C. BOUTON
Assistant United States Attorney